# SEYMOUR & ASSOCIATES

ATTORNEYS AT LAW

MAILING ADDRESS:
Post Office Box 211003
Augusta, Georgia 30917-1003

OFFICE LOCATIONS:
101-B Rossmore Place
Augusta, GA 30906

Angie W. Seymour
Guy H. Seymour, Jr.

Telephone: (706) 868-1968
Facsimile: (706) 868-8009
Email: angieseymour@knology.net

October 27, 2015

Honorable Clerk of Court
United States Bankruptcy Court
P. O. Box 1487
Augusta, GA 30903

Re: *Bridgette Grandberry*

Case Number: 12-11580-SDB

Dear Clerk of Court:

Please be advised of the following mailing address change for the above named debtor.

> 5615 Estabrook Woods Dr. Apt. 202
> Orlando, FL 32897

If you need any additional information, please contact me.

Sincerely,

s/Angela Williams Seymour
Angela Williams Seymour
Attorney At Law

CC: Huon Le